No. 10-6693. Darryl Handberry, Petitioner v. United States.

562 U.S. 1018, 131 S. Ct. 542, 178 L. Ed. 2d 398, 2010 U.S. LEXIS 8438.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 383.

No. 10-6694. Shaaban Shaaban Hafed, Petitioner v. United States.

562 U.S. 1018, 131 S. Ct. 542, 178 L. Ed. 2d 398, 2010 U.S. LEXIS 8352.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 602 F.3d 877.

No. 10-6697. Steve Northington, Petitioner v. United States.

562 U.S. 1018, 131 S. Ct. 542, 178 L. Ed. 2d 398, 2010 U.S. LEXIS 8378.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 392 Fed. Appx. 919.

No. 10-6700. Antwonne D. White, Petitioner v. United States.

562 U.S. 1018, 131 S. Ct. 542, 178 L. Ed. 2d 398, 2010 U.S. LEXIS 8343.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 549 F.3d 946.

No. 10-6706. Lamarcus Terrell Thomas, Petitioner v. United States.

562 U.S. 1018, 131 S. Ct. 542, 178 L. Ed. 2d 398, 2010 U.S. LEXIS 8368.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 394.

No. 10-6708. William M. Adams, Petitioner v. United States.

562 U.S. 1018, 131 S. Ct. 543, 178 L. Ed. 2d 398, 2010 U.S. LEXIS 8402.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 385 Fed. Appx. 114.

No. 10-6711. Ignacio Torres, Petitioner v. United States.

562 U.S. 1018, 131 S. Ct. 543, 178 L. Ed. 2d 398, 2010 U.S. LEXIS 8444,

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.